IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00469-PAB-MJW

BONITA L. LABUDA

PLAINTIFF,

v.

RIVERSTONE RESIDENTIAL GROUP, a Delaware Corporation,

DEFENDANT.

---

### ORDER RE: UNOPPOSED MOTION TO AMEND CAPTION
( Docket No 7 )

---

This matter comes before the court on the Plaintiff's Motion to Amend Caption. Having reviewed the file and being fully appraised of the matter, the court **GRANTS** Plaintiff's motion. The caption shall be amended by substituting Riverstone Operating Company, Inc. for Riverstone Residential Group in the case caption.

Done this 13th day of May, 2011.

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO