IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00469-PAB-MJW

BONITA L. LABUDA,

Plaintiff(s),

v.

RIVERSTONE OPERATING COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 13) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 13-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: May 25, 2011